IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEANDRO VAZQUEZ VAZQUEZ, Individually and on Behalf of All Others Similarly Situated, <br><br> **Plaintiff,** <br><br> -against- <br><br> JASEM RESTAURANT, INC. d/b/a SUTTON CAFÉ RESTAURANT, JOHN MANOLIDIS and VERA MANOLIDIS, Jointly and Severally, <br><br> **Defendants.** | 20-cv-08321 (KPF) |

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above captioned action through their undersigned counsel that, in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein to be dismissed with prejudice, with each party to bear their own fees and costs; and that Plaintiff is precluded from bringing any further claims under the Fair Labor Standards Act or New York Labor Law, or any federal, state or local law, for unpaid wages, including overtime pay, for the period set forth in Plaintiff's Complaint.

IT IS HEREBY FURTHER STIPULATED AND AGREED that this Court shall retain jurisdiction to enforce the parties' Settlement Agreement.

1

2762672v1

| | |
|---|---|
| Brent E. Pelton, Esq.<br>Taylor B. Graham, Esq.<br>PELTON GRAHAM LLC<br>111 Broadway, Suite 1503<br>New York, New York 10006<br><br>*Attorneys for Plaintiff* | A. Jonathan Trafimow, Esq.<br>Jennifer Calamia, Esq.<br>Moritt Hock & Hamroff LLP<br>400 Garden City Plaza<br>Garden City, New York 11530<br><br>*Attorney for Defendants* |

Dated: January 12, 2022
       New York, New York

*/s/ Katherine Polk Failla*
_____
**HONORABLE KATHERINE POLK FAILLA**
**UNITED STATES DISTRICT JUDGE**

2762672v1